UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

VERNON MCFARLAND
    Plaintiff

-vs-                                    Case No. 05-70549
                                        Hon. Gerald Rosen
                                        **DEMAND FOR JURY TRIAL**

BOB SAKS TOYOTA, INC.,
TRANS UNION LLC,
OFFICER RZEPPA,
OFFICER BRAGG,

    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

Having been advised by the stipulation of the Parties, the Court hereby dismisses the claims against Bob Saks Toyota, Inc. with prejudice and without costs, sanctions, or attorneys fees.

**SO ORDERED.**

                                          s/Gerald E. Rosen
                                          Gerald E. Rosen
                                          United States District Judge

Dated:  June 15, 2006